### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DOMINIQUE G. SINCLAIR**                                                    **PLAINTIFF**
**ADC #186991**

**v.**                                    **Case No. 4:26-cv-00373-JM**

**ANGEL BORDEN,** *et al.*                                                    **DEFENDANTS**

### <u>ORDER</u>

Plaintiff Dominique Sinclair's Complaint (Doc. 1) is dismissed without prejudice because she both failed to pay the filing fee or move to proceed *in forma pauperis* as directed and to respond to the Court's April 17, 2026 Order as directed. (Doc. 2). LOCAL RULE 5.5(c)(2).

It is so ordered this 20th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE