**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DOMINIQUE G. SINCLAIR**                                                                    **PLAINTIFF**
**ADC #186991**

**v.**                                        **Case No. 4:26-cv-00373-JM**

**ANGEL BORDEN,** *et al.*                                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 20th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE